# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-1884

—————————————————

JEN CHENG,

   Appellant,

   v.

SYDNEY CANFIELD,

   Appellee.

—————————————————

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

September 18, 2018

PER CURIAM.

   AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Jen Cheng, pro se, Appellant.

Dean R. LeBoeuf, Tallahassee, for Appellee.